**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANCESCA CONFORTI,

                         Plaintiff,                           19 **CIVIL** 2958 (JGK)

             -v-                                                 **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,

                         Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 7, 2020, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings; accordingly, the case is closed.

**Dated:** New York, New York
           January 8, 2020

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                            **BY:**
                                                       **Deputy Clerk**